A. G. DONDERO, EXECUTIVE DIRECTOR, EMPLOYMENT SECURITY DEPARTMENT OF THE STATE OF NEVADA, APPELLANT, v. MAYNARD F. PRICE AND M & F, INC., DOING BUSINESS AS CHARLESTON PLAZA BARBER SHOP, RESPONDENT.

No. 7425

July 10, 1975                         537 P.2d 318

*John A. Flangas,* Carson City, for Appellant.

*Tad Porter,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

The judgment in this case is reversed for the same reasons we delineated in Kitchen Factors, Inc. v. Brown, 91 Nev. 308,

535 P.2d 677 (1975), and the determination of the Employ-
ment Security Department is hereby affirmed.

In accord with NRS 18.060, appellant will be allowed his
costs on appeal, upon the proper filing of a cost bill.